ARSENIO MARTÍNEZ, Plaintiff and Appellant, *v.* INDEPENDENCE INDEMNITY COMPANY, Defendant and Appellee.

No. 4033.   Argued March 30, 1927.—Decided May 31, 1927.

*José Sabater* for the appellant.   *J. H. Brown* and *Clemente Ruiz Nazario* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

This appeal was brought by the appellant from a judgment dismissing his complaint on a motion of nonsuit filed at the trial by the defendant, for the reason that the plaintiff's evidence was not sufficient to support his allegations and a judgment in his favor.

We have decided today appeal No. 4140 of the defendant in the same action and we have affirmed the decision of the trial court vacating the judgment appealed from and ordering a new trial. Therefore, it is not necessary to consider the merits of the appeal from that judgment because such appeal falls to the ground, as was stated in *Horton* v. *Robert,* 11 P.R.R. 187, and therefore it must be set aside, as was decided by the trial court in the resolution referred to, and we shall render judgment accordingly.